**Name and Prisoner/Booking Number:** Alfred (Erika) Caraffe ADC#350727

**Place of Confinement:** Eyman SMU2 Browning Unit

**Mailing Address:** PO Box 3400

**City, State, Zip Code:** Florence, AZ 85132 USA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED   ☐ LODGED

**Jul 15 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**(Full Name of Plaintiff)** Alfred (Erika) Caraffe, ADC#350727 et al.,

Plaintiff,

v.

(1) State of Arizona et al.,
**(Full Name of Defendant)**
(2) Ryan Thornell et al.,
(3) ADCRR et al.,
(4) Gov. Katie Hobbs et al.,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** CV-24-1742-PHX-MTL (ESW)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983 / 28 USC § 1711 class Action(s)
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: Official/Unconstitutional and Individual Capacities,

2. Institution/city where violation occurred: ASPC-Eyman/Florence AZ 85132

1<sup>B</sup> of 7 total

**550/555**

Revised 12/1/23

## B. DEFENDANTS

1. Name of first Defendant: **State of Arizona**. The first Defendant is employed as: **State of Arizona** (Position and Title) **In official Capacity** (Institution)

2. Name of second Defendant: **Dr. Ryan Thornell**. The second Defendant is employed as: **Director of the ADCRR** (Position and Title) **In Unconstitutional and Individual Capacities** (Institution)

3. Name of third Defendant: **ADCRR**. The third Defendant is employed as: **AZ Dept. of Corrections** (Position and Title) **In Unconstitutional and unofficial Capacity** (Institution)

4. Name of fourth Defendant: **Gov. Katie Hobbs**. The fourth Defendant is employed as: **Gov. of the State of Arizona** (Position and Title) **In official/Individual Capacities** (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **Approx. 235**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **See Quary** v. **Search**
      2. Court and case number: **See Quary Search**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **See Quary Search**

   b. Second prior lawsuit:
      1. Parties: **N/A** v. **N/A**
      2. Court and case number: **N/A**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

   c. Third prior lawsuit:
      1. Parties: **N/A** v. **N/A**
      2. Court and case number: **N/A**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.



## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __14th Amendment of the U.S. Constitution Equal protection of Law.__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __Threat to Life__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The Defendants have violated both the State and federal Constitutional laws by Housing Unconstitutionally Convicted Prisoners in An Unsafe Building which is in Violation of Both State and Federal Building Codes with NO Fire SPRINKLER System. See Grievance Ref#'s CCI-A2A3300026847871 on 7/12/24 and CCI-A2A3300026848071 on 7/13/24.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Violation of the Equal protection in creating A threat to Life without Proper Due Process of Law

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __See Grievance__

3B of 7

## COUNT II

1. State the constitutional or other federal civil right that was violated: __14th Amendment U.S. Constitution - Due process of law__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __Due process of Law__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In official capacity of the State of Arizona Defendants housed unconstitutionally in State Custody Humans in an unsafe and unlawful Building which is in violation of Federal Constitutional Rights for years of threats to human life with Eyman Smu Browning units having NO Fire Sprinkler System(s) in the Building(s) or housing units, cells or the Medical Department

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). __Threat to Human Life with the propure Due process of Law__

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT III

1. State the constitutional or other federal civil right that was violated: **8th Amendment U.S. Constitution - Cruel and Unusual Punishment(s)**

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: **threat to Human Life**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendant(s) have Housed Unconstitutional Convicted Humans in An Building(s) that violate Building Code(s) of Both State and Federal Standards with NO Sprinkler Fire System(s) in Any part of the housing units or Workplaces in Any Building. See Ref# CCI-AZA3300026847-87 and Ref# CCI-AZA3300026848-01 on Alfred Croffs S350727 prisoner's Tablet Device.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Threat to Human Life By Housing in An Unsafe Housing Unit(s) and Cells/Rooms.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

### E. REQUEST FOR RELIEF

State the relief you are seeking:

For the Counts in this class Action I seek the lump Sum of $5,475,000.00 at 33 Dollars per person in the class at Double Damages for Delay in the Constitutional verdict(s) in Releasing of housed people at 500 current people and possibley 17,000 (up to) more individuals in transfer(s) to A daily Amount of $759,000 Dollars plus Interest at 5.8% and A Federal Court order to vacate prisoner(s) housed at Eyman Smu to Another Safe Housing Units. To close of Smu 2 unit the Sprinkler System can be installed for building codes to be up to code (standards)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 13th 2024___
    DATE

_____350727_____ (signature scribbled)
SIGNATURE OF PLAINTIFF

___Alfred (Erika) Curcitt___ 350727
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

___N/A At this time___
(Signature of attorney, if any)

___N/A At this time___
(Attorney's address & telephone number)

Notarized by 7/15/24
(signature) 7/15/24
Date

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6(B) of 7

## E. Request for Relief

plus Interest on this Judgment(s)
All cost and reasonable Attorney fees and
Any paralegal fee(s) under U.S. Supreme
Court Rules of the form for A writ of
certiorari.

Alfred E. Caraffe
Name

Signature

Date 7/15/24

Int AC

K. PETTIT
Notary Public - State of Arizona
PINAL COUNTY
Commission # 629132
Expires June 28, 2026

State of Arizona
County of Pinal
Subscribed and sworn before me this 15th
day of July, 2024
by Alfred Eric Caraffa.

Notary Public

6(B)(C) of 2 of 7